# In the United States Court of Appeals

# For the Fifth Circuit

---

m 02-50144

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

VERSUS

DEL JUAN ALEXANDER
AND
WINSTON WHITE,

Defendants-Appellants.

---

Appeal from the United States District Court
for the Western District of Texas
m EP-01-CR-418-2-DB

---

December 10, 2002

Before SMITH, BARKSDALE, and
EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

In their appeal of their convictions of conspiracy to possess and distribute more than 1000 kilograms of marihuana, defendants raise various issues. Del Juan Alexander challenges the sufficiency of the evidence, and Winston White attacks the use of a deliberate ignorance instruction, the prosecutor's comments, and denial of the use of advisory counsel, and he raises a claim of ineffective assistance of counsel.

We have read the briefs and the applicable law, have heard the arguments of counsel, and have consulted pertinent portions of the record. We have determined that the record is not ripe for decision on the claim of ineffective assistance of counsel, so we decline to decide that issue and make no comment on it. We find no reversible error on the other issues. If there was error, it was harmless.

The judgments of conviction are AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.